DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
   TERRY DOUGLAS and JENNMARIE
ELMORE FRANKLIN

Chapter 13
Case No. 08-1-0965 AJ13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $12.90 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 023 | MARIN GENERAL HOSPITAL<br>P O BOX 27466<br>SACRAMENTO, CA 95827 | $12.90 |

Dated: August 4, 2010

CECILIA MARCELO
Receipts Administrator